UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID HOLMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant | Case No.: 3:19-cv-00048<br><br>NOTICE OF SETTLEMENT<br><br>MAGISTRATE JUDGE STEPHEN CROCKER |

## NOTICE OF SETTLEMENT

Plaintiff, David Holman notifies this Court that Plaintiff and Defendant, Capital One Bank (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings.  The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Dated: October 10, 2019.

>  */s/ Adam T. Hill*
>  Adam T. Hill
>  The Law Offices of Jeffrey Lohman, P.C.
>  4740 Green River Road, Suite 310
>  Corona, CA 92880
>  T: (657) 236-3525
>  E: AdamH@jlohman.com
>  Attorney for Plaintiff, DAVID HOLMAN

# CERTIFICATE OF SERVICE

I certify that on October 10, 2019, I filed the foregoing Plaintiff DAVID HOLMAN's Notice of Settlement using this Court's CM/ECF system which will provide notice to the following attorneys of record:

Karla M. Vehrs
BALLARD SPAHR LLP
80 South 8th Street 2000 IDS Center
Minneapolis, MN 55402
Telephone: (612) 371-2449
Fascimile: (612) 371-3207
vehrsk@ballardspahr.com

Holly Priest
Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
702.868.7517 direct
702.471.7070 fax
PriestH@ballardspahr.com

*/s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (657) 236-3525
E: AdamH@jlohman.com
Attorney for Plaintiff, DAVID HOLMAN