# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID HOLMAN,<br><br>               Plaintiff,<br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>               Defendant. | Case No.: 3:19-cv-00048-jp<br><br>*ELECTRONICALLY FILED* |

  Plaintiff David Holman ("Plaintiff") and Defendant Capital One Bank (USA), N.A., ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED:

| | |
|---|---|
| */s/ Karla M. Vehrs (with permission)*<br>Karla M. Vehrs<br>BALLARD SPAHR LLP<br>80 South 8th Street 2000 IDS Center<br>Minneapolis, MN 55402<br>Telephone: (612) 371-2449<br>Fascimile: (612) 371-3207<br>vehrsk@ballardspahr.com<br>*COUNSEL FOR DEFENDANT* | */s/ Adams T. Hill*<br>Adam T. Hill<br>The Law Offices of Jeffrey Lohman, P.C.<br>4740 Green River Rd., Suite 310<br>Corona, CA 92880<br>Tel. (657) 236-3525<br>E: adamh@jlohman.com<br>*COUNSEL FOR PLAINTIFF* |

# CERTIFICATE OF SERVICE

I certify that on the 13th day of November 2019, I filed the foregoing Joint Stipulation of Dismissal using this Court's CM/ECF system which will provide notice to the following attorneys of record:

Karla M. Vehrs
BALLARD SPAHR LLP
80 South 8th Street 2000 IDS Center
Minneapolis, MN 55402
Telephone: (612) 371-2449
Fascimile: (612) 371-3207
vehrsk@ballardspahr.com

Holly Priest
Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135
702.868.7517 direct
702.471.7070 fax
PriestH@ballardspahr.com

*/s/ Adam T. Hill*
Adam T. Hill
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (657) 236-3525
E: adamh@jlohman.com
Attorney for Plaintiff, NICOLE CRITTENDEN